In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 26-10915

---

CHARLES C. FORCE,

*Plaintiff-Appellant,*

*versus*

CAPITAL ONE, N.A.,
As Necessary Party under Rule 19(a),
GUSTAVO RAMIRO KRUSS,
Individually,
JUDGE ELENI ELIA DERKE,
In their Official Capacity as Judicial Officers of the County Court of the Fourth Judicial Circuit in and for Duval County, Forida,
MAGISTRATE MARQUITA GREENE,
In their Official Capacity as Judicial Officers of the County Court of the Fourth Judicial Circuit in and for Duval County, Forida,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:25-cv-00633-JEP-MCR

---

ORDER:

Motion to withdraw as counsel filed by Attorney Sara Spears for Appellees Eleni Elia Derke and Marquita Greene is GRANTED.

/s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE